**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KARL SIGANPORIA, <br><br> Plaintiff, <br><br> v. <br><br> VISWESWARA SHREYAS, et al., <br><br> Defendants. | Case No. 5:25-cv-03145-BLF <br><br> **ORDER TO SHOW CAUSE** |

On April 8, 2025, Plaintiff filed the complaint in this case. *See* Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. As of the date of this Order, Plaintiff has failed to file proof of service for Defendants State Bar of California, California Attorney General Rob Bonta, United States Department of Labor, United States Citizenship and Immigration Services, United States Department of Education, United States Federal Trade Commission, United States Department of Justice, Change.org PBC, or United States Federal Communications Communication [sic].

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before July 23, 2025, why Defendants State Bar of California, California Attorney General Rob Bonta, United States Department of Labor, United States Citizenship and Immigration Services, United States Department of Education, United States Federal Trade Commission, United States Department of Justice, Change.org PBC, or United States Federal Communications Communication [sic] should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
BETH LABSON FREEMAN
United States District Judge