KARL SIGANPORIA, ESQ., 284924, CERTIFIED FAMILY LAW SPECIALIST
STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION
KARL.LEGAL, PC
505 MONTGOMERY ST, 11TH FLOOR
SAN FRANCISCO, CA 94111
213.477.3732
KARL@SIGANPORIA.COM

Plaintiff, *Pro Se*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL SIGANPORIA, ESQ., 284924, CERTIFIED FAMILY LAW SPECIALIST, STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION;<br><br>Plaintiff,<br><br>V<br><br>ALPHABET INC.; GOOGLE LLC; META PLATFORMS, INC FKA FACEBOOK INC DBA INSTAGRAM; CHANGE.ORG PBC; VISWESWARA SHREYAS AKA SHREYAS VA; SAMIRA GHAZVINI, ESQ; THE STATE BAR OF CALIFORNIA; ROBERT ANDRES "ROB" BONTA, The Attorney General of the State of California, 1300 "I" Street, Sacramento, CA 95814-2919; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES DEPARTMENT OF EDUCATION AND/OR ITS SUCCESSOR DEPARTMENT; UNITED STATES FEDERAL TRADE COMMISSION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES FEDERAL COMMUNICATIONS COMMUNICATION; AND Does 1-15.<br><br>Defendants<br>_____/ | No.: 25-cv-03145-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>APPROVED<br>Judge Beth Labson Freeman |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Karl Siganporia hereby voluntarily dismisses this action without prejudice. No defendant has filed an answer or a motion for summary judgment in this matter.

*Karl Siganporia*

KARL SIGANPORIA, ESQ., 284924, CERTIFIED FAMILY LAW SPECIALIST
STATE BAR OF CALIFORNIA BOARD OF LEGAL SPECIALIZATION
9/12/25